**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 5, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00733-CR

## IN RE SUZANNE JOYCE CRISP, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
182nd District Court
Harris County, Texas
Trial Court Cause No. 1153773**

## MEMORANDUM OPINION

On August 19, 2013, relator Suzanne Joyce Crisp filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the trial court to grant her

motion for judgment nunc pro tunc seeking credit for jail time served prior to her conviction.

On October 30, 2013, relator filed a motion to dismiss the petition for writ of mandamus because the trial court granted the relief requested. Relator's motion is granted.

Accordingly, the petition for writ of mandamus is dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Donovan, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).

2